452 A.2d 25

Debpo v. Lee, Appellant.
Reargument Denied Nov. 19, 1982.

Argued June 22, 1982. Audrey M. Lee, appellant, in propria persona; John Frank Raimondi, for appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Bernard Snyder is affirmed.